**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: January 26, 2015**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:

|   |   |   |
|---|---|---|
| **Charles Dean Cowgill,** | : | |
| **Teresa Ann Cowgill,** | | Case No.  14-58254 |
| | : | Chapter 13 |
| | | |
| Debtors. | : | Judge Preston |

### ORDER ON MOTION OF DEBTORS TO DISMISS CHAPTER 13 CASE (PL #16)

This matter is before the Court upon the Debtors' Motion to Dismiss Chapter 13 Case.  All parties in interest having been served, and no written objection in response along with any request for hearing has been filed.  Upon review, the Court hereby finds the Motion well taken and sustains the same.

It is, therefore, ORDERED, ADJUDGED and DECREED that the Debtors, Charles and Teresa Cowgill, shall be permitted to voluntarily dismiss their Chapter 13 case forthwith, and the case is hereby dismissed.

IT IS SO ORDERED.

COPIES TO:   All Creditors and Parties in Interest

# # #